IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CR-2-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DAMIEN EDWARD MITCHELL, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL respond to defendant's motion for sentence reduction [D.E. 56] not later than January 30, 2026.

SO ORDERED. This 17 day of December, 2025.

JAMES C. DEVER III
United States District Judge