# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

United States of America                )
v.                                       )
                                         )
Damien Edward Mitchell                   )     Case No:  4:24-CR-2-1D
                                         )     USM No:  55288-056
Date of Original Judgment:      06/24/2024 )
Date of Previous Amended Judgment: _____ )    Alan DuBois, Federal Public Defender
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
         ☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ months **is reduced to** _____ .
         *(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

For the reasons stated in the United States' response in opposition [D.E. 65], the court DENIES
defendant's motion to reduce sentence [D.E. 56].

Except as otherwise provided, all provisions of the judgment dated    06/24/2024    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    2/12/26                        _____
                                                       *Judge's signature*

Effective Date: _____               United States District Judge James C. Dever III
        *(if different from order date)*                 *Printed name and title*