IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CR-2-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DAMIEN EDWARD MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion for First Step Act time credit [D.E. 67] not later than September 21, 2026.

SO ORDERED. This 20 day of August, 2026.

JAMES C. DEVER III
United States District Judge