IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CR-2-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAMIEN EDWARD MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

As explained in the government's response in opposition, defendant failed to exhaust his administrative remedies with the Bureau of Prisons. See [D.E. 74] 3–5. Thus, the court DENIES WITHOUT PREJUDICE defendant's motion for time credits and compassionate release [D.E. 67].

SO ORDERED. This 12 day of November, 2026.

JAMES C. DEVER III
United States District Judge